UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON JONES, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>-against-<br><br>BIRKENSTOCK MIDTOWN, LLC,<br><br>        Defendant. | 23-cv-5062 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's September 8, 2023 Order, ECF No. 7, Plaintiff was required to file a letter, the contents of which are described in the order, no later than September 15, 2023. To date, Plaintiff has not filed the letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 2, 2023**.

  In addition, the initial pretrial conference scheduled for September 22, 2023, at 4 PM is adjourned *sine die*.

  SO ORDERED.

Dated: September 18, 2023
   New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge